# EXHIBIT 11

Case 1:26-cv-12078-DJC Document 1-11 Filed 05/07/26 Page 2 of 2



**Manasi Gangan <mgangan@nestedbean.com>**

---

## Nested Bean Product Design Safety Research Study Reports

---

**Manasi Gangan** <mgangan@nestedbean.com>                                   Wed, May 10, 2023 at 4:35 PM
To: Alina Sack <alina@ergopouch.com.au>, amy.lane@lovevery.com, andrea.demuth@target.com, Andrew Farhat <andrew.farhat@kidsii.com>, Anthony Paolo <anthonypaolo@cox.net>, Brenda Hogan <b.hogan@deca-inc.net>, Barbara Himes <barb@firstcandle.org>, Bengt Lager <bengt@regallager.com>, Brian Grochal <bgrochal@barkbox.com>, bkhoma@babyking.com, "Poonacha, Bopanna (Fairfield)" <bopanna.poonacha@sgs.com>, Chris Gulbrandsen <cgulbrandsen@joolbaby.com>, christina.crimi@elevatebrands.com, Dan Green <dgreen@nestedbean.com>, don.huber30@gmail.com, don.l.mays@gmail.com, Jennifer Doering <drjen8jen@gmail.com>, Eric Childs <echilds@ergobaby.com>, Elizabeth Martin <elizabeth.martin@perchhq.com>, Ellen ROALDI <ellen.roaldi@bureauveritas.com>, Emily Contorno <emily.contorno@kidsii.com>, felizondo@crowncrafts.com, gbutler@sumrbrands.com, Garry Gillett <ggillett@djgusa.com>, Hana Krawchuk <hana@lovetodream.com.au>, hindi@theollieworld.com, Brett Horn <horn.brett@sbcglobal.net>, NISSA Northwest Infant Survival & SIDS Alliance <info@nwsids.org>, Jessica Doyle <jdoyle@boppy.com>, "Durant, Jason" <jdurant@sumrbrands.com>, "Hurley, Jill" <jhurley@cpsc.gov>, "Lee, Jonathan" <jlee@kolcraft.com>, kathryn@lovetodream.com.au, kcasson@comcast.net, keithb@thermetrics.com, "Phillips, Khalisa" <kphillips@cpsc.gov>, kylee@bpqconsult.com, Lisa Trofe <ltrofe@jpma.org>, maureenah118@gmail.com, Manasi Gangan <mgangan@nestedbean.com>, "Michelle.barry@safeinfantsleep.org" <michelle.barry@safeinfantsleep.org>, Michelle Corrigan <michelle.corrigan@stinson.com>, Nancy Cowles <nancy@kidsindanger.org>, Pratik Ichhaporia <pratikichhaporia@eurofinsus.com>, "Richier, Peter" <prichier@kolcraft.com>, Rosemary Foley <rosemary.foley@perchhq.com>, Rachael Shagott <rshagott@bpqconsult.com>, rweintraub@consumerfed.org, Steven Anzaroot <sanzaroot@deltachildren.com>, "Bulmer, Scott (HC/SC)" <scott.bulmer@hc-sc.gc.ca>, Sean Oberle <seanoberle@productsafetyletter.com>, Shayna Raphael <shayna@theclairebearfoundation.org>, "Scott A. Lewis" <slewis@deltachildren.com>, Suad Wanna-Nakamura <snakamura@cpsc.gov>, tara williams <tara@dreamlandbabyco.com>, Tavis Malcolm <tavis@morrisonoutdoors.com>, Tom Dyer <tom@petunia.com>, Tommy <tommy@adenandanais.com>, Maria Romero-Ferman <voluntaryombudswoman@icloud.com>, jugoslava <yugaya@gmail.com>, "Lynyak, Molly" <mlynyak@astm.org>, "Carol Pollack-Nelson (pollacknel@comcast.net)" <pollacknel@comcast.net>

Hello All,
As requested during the ASTM Subcommittee meeting held on May 2nd, the Nested Bean Research Reports have been revised to add the following:

1. A summary of the research studies to accompany the detailed study reports, and
2. A rationale behind the Nested Bean product designs, to serve as a guide as we develop weighted product standards

We will go over this version of the report during the June TG meeting.

Hi Molly,
Do we need to share this report link with any subcommittee members who were at the meeting but aren't a part of the Task Group? Kindly advise.

Thanks
-Manasi.

[Quoted text hidden]