IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NESTED BEAN, INC., Plaintiff, v. THE UNITED STATES OF AMERICA Defendant. | Civil Action No. 1:26-cv-12078-DJC |

**NESTED BEAN INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Nested Bean, Inc. submits this notice to inform the Court of a relevant supplement authority, not available to Nested Bean when it filed its Opposition to the Defendant's Motion to Dismiss (ECF No. 22), which relates directly to the parties' arguments concerning the falsity of the statements at issue in this case, and Nested Bean's request for limited jurisdictional discovery (if the Court deems it necessary) that will likely reveal relevant facts about the involvement of CPSC employees other than Commissioner Trumka in the tortious conduct at issue here. *See* Def.'s Mem. in Supp. of Mot. to Dismiss at 11-12 (ECF No. 12); Opp. at 20-23 (ECF No. 22).

On Friday September 25, 2026, District Judge Rudolph Contreras of the U.S. District Court for the District of Columbia issued a summary judgment ruling in Dreamland Baby Co.'s case against the Consumer Product Safety Commission under the Administrative Procedure Act (APA). *See Dreamland Baby Co. v. Consumer Product Safety Commission, et al.*, No. 1:24-cv-03277-RC, 2026 WL 2883836 (D.D.C. Sept. 25, 2026). A copy of that Memorandum Opinion is attached as **Exhibit 1**.

In that order, Judge Contreras ruled that the record "does not support the CPSC's

actions." *Id*. at *7-8. Judge Contreras reasoned that while "over 3.5 million weighted infant sleep products have been sold since 2011," "CPSC has identified only twelve incidents involving such products." *Id*. at *9. On that record, "**it does not necessarily follow that weighted infant sleep products are dangerous**." *Id*. (emphasis added). Judge Contreras emphasized that "[e]ven the President of the AAP acknowledged that there was '[a] lack of substantial evidence about the possible harms of weighted sleep products.'" *Id*. In other words, there is a live fact dispute about truth or falsity that can only be resolved on a fully developed factual record.

Judge Contreras's order also shows that discovery revealed the involvement of specific CPSC staff (beyond Commissioner Trumka's staff) in adding the "Don't use weighted blankets or weighted swaddles" language to CPSC's "Safe Sleep" webpage. *See Dreamland Baby Co.*, 2026 WL 2883836, at *4. It is reasonable to infer that limited jurisdictional discovery here would similarly reveal the involvement of CPSC employees beyond Trumka and even his staff in the tortious conduct alleged here, if the Court concludes that such allegations are necessary.

Respectfully submitted,

NESTED BEAN, INC.

By its attorneys,

*/s/ Joseph M. Cacace*
Joseph M. Cacace (BBO # 672298)
John J. Geary, Jr. (BBO # 709193)
TODD & WELD LLP
One Federal Street
Boston, MA 02110
617-720-2626
jcacace@toddweld.com
jgeary@toddweld.com

September 28, 2026

**CERTIFICATE OF SERVICE**

I, Joseph M. Cacace, hereby certify that the foregoing document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Joseph M. Cacace*
Joseph M. Cacace

Dated: September 28, 2026